**In re The Matter of Caleb Haden AKERS and Camilla Rae Ann Akers by their Next Friend, Eva Rae Akers and Eva Rae Akers, Individually, Respondents,**

v.

**Robert Velgean Scrivener, Appellant; and State of Missouri, by Child Support Enforcement, Defendant.**

**No. WD 66249.**

Missouri Court of Appeals, Western District.

Jan. 9, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 27, 2007.

Appellant acting pro se.

Richard Dale Bender, Springfield, for Respondent.

Before ROBERT G. ULRICH, P.J., HAROLD L. LOWENSTEIN, and JAMES M. SMART, JR., JJ.

**Order**

PER CURIAM.

Robert Scrivener appeals from a judgment determining paternity, child custody, and child support. He contends that the trial court abused its discretion in denying his motion for an extension of time to hire an attorney and his motion to take judicial notice of additional evidence not presented at the hearing.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).